[No. 15497-1-III.    Division Three.    May 15, 1997.]

ETA CHAPTER OF ALPHA KAPPA LAMBDA, INC., *Appellant*, v. GREAT AMERICAN INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 94-2-00139-4, Richard W. Miller, J., entered January 11, 1996. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 16492-6-III.    Division Three.    May 15, 1997.]

*In the Matter of the Personal Restraint of* JOSE ALVAREZ, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 18997-6-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL K. DAVIES, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 8, 1998. Substitute opinion filed; see 90 Wn. App. 1044.

[Nos. 19002-8-II; 19004-4-II.    Division Two.    May 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE KYLLO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent* v. PAUL FREDERICK RIPKEY, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 94-1-00561-5, 94-1-00562-3, Milton R. Cox, J., entered December 22, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.